IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02800-LTB

CALVIN JOHNSON,

    Plaintiff,

v.

JOHN DOE (going to be at least 2 or more "John Does"),

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 16, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 16 day of January, 2018.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ *A. Garcia Garcia*
                              Deputy Clerk